IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT GLEN HILL II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3738

Opinion filed November 3, 2016.

An appeal from an order of the Circuit Court for Duval County.
Angela Cox, Judge.

Robert Glen Hill II, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.